UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-311-MOC

| | |
|---|---|
| **MICHAEL C. MAYFIELD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **MARTIN O'MALLEY,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 6). Defendant does not oppose the motion.

**IT IS ORDERED** that Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, (Doc. No. 6), is **GRANTED** and this matter is dismissed. The Clerk is instructed to terminate this action.

Max O. Cogburn Jr.
United States District Judge